1835.

In the matter
of Kennedy.

---

In the matter of KENNEDY and others, infants.

Where the guardian of infants has been appointed by a vice chancellor, an application to remove such guardian, or to compel him to account by a summary proceeding, should be made to the vice chancellor by whom he was appointed, or to his successor, and not to the chancellor.

THIS was an application to remove a guardian of the infants, who had been appointed by the vice chancellor of the third circuit.

*S. Stevens*, for the petitioners.

*M. T. Reynolds*, for the guardian.

April 11.

THE CHANCELLOR decided that, as the proceedings for the appointment of the guardian had taken place before the vice chancellor, the application must be made to that officer, or his successor, for an order to remove the guardian; or to compel such guardian to render an account of his trust, by a summary proceeding against him.